IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:23-MJ-289 |
| | ) | |
| ERICK REYES, | ) | Court Date: January 22, 2024 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – 6675771)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 30, 2023, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ERICK REYES, did unlawfully drive and operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Section 18.2-266(ii).)

Count II (Petty Offense – 6675772)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 30, 2023, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ERICK REYES, did unreasonably refuse to have samples of his breath taken for chemical tests to determine the alcohol content of his blood.

(In violation of Title 32, Code of Federal Regulations, Section 634.25(f), assimilating Virginia Code, Section 18.2-268.3.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
Vincent Salem
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: vincent.salem@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on December 11, 2023, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Vincent Salem
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: vincent.salem@usdoj.gov